# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

    Mark Anthony Turner

Debtor(s)

Case No. 19-40905 BDL Ch.13

DECLARATION OF DEBTOR

I, the Debtors in the above entitled case, hereby declare under penalty of perjury:

1. I make this Declaration in support of my Motion to Amend Chapter 13 Plan;
2. I have reviewed the amended plan;
3. I have filed all required tax returns and believe the amended plan is feasible;
4. I request that the Court grant the motion.

**DATE:** June 26, 2019

                                                 Respectfully submitted:

                                               /s/Mark Anthony Turner_____
                                               Mark Anthony Turner

DECLARATION