Entered on Docket August 19, 2019

**Below is the Order of the Court.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 19-40905 BDL Ch. 13 |
| Mark Anthony Turner | ORDER ON MOTION TO AMEND CHAPTER 13 PLAN |
| Debtor(s) | |

THIS MATTER having come on before the Court on Debtor's Motion to Amend Chapter 13 Plan filed June 26, 2019 and the Court having reviewed the record herein and proper notice been given, Debtor's motion is hereby GRANTED.

///END OF ORDER///

Presented by:
/s/Mark A. Ditton
Mark A. Ditton #45432

ORDER

206-674-4602; Attorney for Debtor

ORDER