Form oscelig (06/2019)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Mark Anthony Turner

Debtor(s).

Case Number: 19–40905–BDL
Chapter: 13

## ORDER TO SHOW CAUSE FOR ELIGIBILITY FOR DISCHARGE

A review of the Court records indicates that the Debtor(s) received a discharge in a prior case within the time period specified under 11 U.S.C. § 727(a)(8), § 1328(f)(1), or § 1328(f)(2). Accordingly, it is here by

ORDERED that the Debtor(s) Mark Anthony Turner, appear before the Court on **12/18/2019 at 01:30 PM at Judge Lynch's Courtroom I, Union Station, 1717 Pacific Avenue, Tacoma WA** to show cause why the Debtor(s) should be found eligible to receive a discharge in this case.

Failure to appear at the show cause hearing noted above will result in a determination that the Debtor(s) are ineligible for a discharge and, at completion, this case will be closed without entry of a discharge. **If you agree that the Debtor(s) are ineligible for a discharge, you do not need to appear at the hearing.**

Dated: 11/1/19

Mark L. Hatcher
Clerk of the Bankruptcy Court